```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
KAO XIONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KAO XIONG,<br><br>    Defendant. | Case No. 2:17-MJ-00216 DB<br><br>**STIPULATION AND ORDER (**~~PROPOSED~~**)**<br>**EXTENDING TIME FOR PRELIMINARY**<br>**HEARING AND EXCLUDING TIME**<br><br>Date:  May 16, 2018<br>Time:  9:00 a.m.<br>Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for May 16, 2018, may be continued to June 21, 2018, at 2:00 p.m.  (The matter should remain on calendar for hearing on Mr. Xiong's bail motion.)

Mr. Xiong first appeared on the complaint on December 22, 2017.  At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason.  The parties continue to agree that ongoing investigation constitutes good cause to extend the time limits set forth in Federal Rule

-1-

of Criminal Procedure 5.1, taking into consideration the public interest in the prompt disposition of criminal cases, which the parties believe will be promoted by extending the time.  The parties further ask that the Court enter an order excluding time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) to afford both parties reasonable time to investigate and prepare.

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   May 11, 2018        /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KAO XIONG

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:   May 11, 2018        /s/ T. Zindel for J. Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney

**O R D E R**

The Court finds good cause in the reasons set forth above to continue the preliminary hearing to June 21, 2018, at 2:00 p.m.  Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded through June 21, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated:   May 11, 2018
                                        _____
                                        HON. ALLISON CLAIRE
                                        United States Magistrate Judge