HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-MJ-00216 DB |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER (~~PROPOSED~~)** <br> ) **EXTENDING TIME FOR PRELIMINARY** <br> ) **HEARING AND EXCLUDING TIME** |
| KAO XIONG, | ) |
| Defendant. | ) Date:   June 21, 2018 <br> ) Time:   9:00 a.m. <br> ) Judge:  Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for June 21, 2018, may be continued to August 15, 2018, at 2:00 p.m.

Mr. Xiong first appeared on the complaint on December 22, 2017.  At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason.  The parties continue to agree that ongoing investigation constitutes good cause to extend the time limits set forth in Federal Rule of Criminal Procedure 5.1, taking into consideration the public

-1-

1  interest in the prompt disposition of criminal cases, which the
2  parties believe will be promoted by extending the time.  The
3  parties further ask the Court to enter an order excluding time
4  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local
5  Code T4), to afford both parties reasonable time to investigate
6  and prepare.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   June 13, 2018              /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KAO XIONG


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:   June 13, 2018              /s/ T. Zindel for J. Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney


                              **O R D E R**

   The Court finds good cause in the reasons set forth above to continue the preliminary hearing to August 15, 2018, at 2:00 p.m.  Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded through August 15, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

   IT IS SO ORDERED.

Dated:   June 14, 2018              _____
                                    HON. EDMUND F. BRENNAN
                                    United States Magistrate Judge