HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-MJ-00216 DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (PROPOSED) EXTENDING TIME FOR PRELIMINARY HEARING AND EXCLUDING TIME** |
| KAO XIONG, | |
| Defendant. | Date:  October 3, 2018<br>Time:  2:00 p.m.<br>Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for October 3, 2018, may be continued to December 5, 2018, at 2:00 p.m.

Mr. Xiong first appeared on the complaint on December 22, 2017.  At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason.  On May 16, 2018, the Court ordered Mr. Xiong released to live with his family in Minnesota.  His family continues to monitor his progress while the defense continues to evaluate Mr. Xiong's

-1-

1 mental health.  The defense requests additional time to conduct
2 additional investigation and meet with Mr. Xiong.  The parties
3 continue to agree that the ongoing investigation constitutes
4 good cause to extend the time limits set forth in Federal Rule
5 of Criminal Procedure 5.1, taking into consideration the public
6 interest in the prompt disposition of criminal cases, which the
7 parties believe will be promoted by extending the time.  The
8 parties further ask the Court to enter an order excluding time
9 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local
10 Code T4), to afford both parties reasonable time to investigate
11 and prepare.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 26, 2018   /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KAO XIONG


McGREGOR SCOTT
United States Attorney

Dated: September 26, 2018   /s/ T. Zindel for S. Weger
SHELLEY WEGER
Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////

**O R D E R**

The Court finds good cause in the reasons set forth above to continue the preliminary hearing to December 5, 2018, at 2:00 p.m.  Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded from October 3, 2018, through December 5, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 26, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE