HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00235-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON MOTION TO** |
| vs. | ) | **MODIFY RELEASE CONDITIONS** |
| | ) | |
| KAO XIONG, | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

At a hearing on November 20, 2019, the Court granted in part defendant's motion to modify conditions of release. The Court ordered release conditions modified as set forth in the attached Amended Release Conditions dated November 20, 2018, which are hereby adopted.

IT IS SO ORDERED.

Dated: November 21, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

***AMENDED***

## SPECIAL CONDITIONS OF RELEASE

Re: Xiong, Kao
No.: 2:18-CR-235-TLN
Date:November 20, 2018

You must report to and comply with the rules and regulations of the Pretrial Services Agency;

You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

You are released to the third-party custody of **Chia Xiong** and you must reside at **1020 Western Ave North #2, St. Paul, Minnesota**, as directed by Pretrial Services.

You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

You must cooperate in the collection of a DNA sample;

You must restrict your travel to **Eastern District of California and the District of Minnesota** unless otherwise approved in advance by the pretrial services officer;

You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

You must refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

You must not associate or have any contact with **Shoua Yang (unless in regards to your children)** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

You must report any contact with law enforcement to your pretrial services officer within 24 hours;

You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location-monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

**CURFEW:** You must remain inside your residence every day from **7:00 PM to 7:00 AM,** or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer (**Suspended at this time**).