HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0235-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE RETURN OF PASSPORT** |
| KOA XIONG, | |
| Defendant. | Judge: Hon. Deborah Barnes |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the Clerk may return Mr. Xiong's passport to defense counsel so that he can return it to Mr. Xiong.

/////

/////

/////

/////

/////

-1-

On March 21, 2019, Judge Nunley sentenced Mr. Xiong to time served and placed Mr. Xiong on supervised release. Mr. Xiong had surrendered his passport as a condition of pretrial release but, as his case is now concluded, the passport may be returned.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 21, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KOA XIONG

McGREGOR W. SCOTT
Acting United States Attorney

Dated: March 21, 2019  /s/ T. Zindel for Shelley Weger
SHELLEY WEGER
Assistant United States Attorney

**O R D E R**

The Clerk shall return Kao Xiong's passport to defense counsel so that he may return it to Mr. Xiong.

IT IS SO ORDERED.

Dated: March 22, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE